UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.01cr2218 JM |
| Plaintiff, | ) ) | |
| v. | ) | ORDER GRANTING EX PARTE |
| | ) | MOTION AND REQUEST BY |
| KOSTANENOS N. HRONOPOULOS, et al | ) | LAWRENCE TAGGART FOR |
| | ) | PERMISSION TO LEAVE THE |
| Defendants. | ) | COUNTRY |
| | ) | |

Upon the ex parte motion of Defendant Lawrence W. Taggart, and for good cause shown, Defendant Lawrence W. Taggart is granted permission to leave the United States to travel to Mexico for the period commencing June 7, 2008 and ending June 10, 2008.

IT IS SO ORDERED.

DATED: June 5, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge